## Commonwealth *v.* Cooper, Appellant.

Submitted April 14, 1969. *Ben F. Wright,* for appellant; *Conrad B. Cappuzi,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined.

WRIGHT, P. J., WATKINS and CERCONE, JJ., would affirm on the opinion of the court below.